**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-02239-LTB-CBS

TOM KOLDEWAY,
         Plaintiff,

v.

ARCHDIOCESE OF DENVER, and
HAROLD R. WHITE,
         Defendants.
_____

**ORDER**
_____

Upon Plaintiff's Request for Rescheduling of Preliminary Scheduling Hearing (Doc 11 - filed November 8, 2005), it is

ORDERED that the Request is DENIED as to Thomas L. Roberts and GRANTED as to Jeffrey R. Anderson.

                                                  BY THE COURT:

                                                  s/Lewis T. Babcock
                                                  Lewis T. Babcock, Chief Judge

DATED: November 9, 2005